August 2, 2023

_____

RESPONSE REQUESTED

_____

No.    23-1324,        <u>Compass Marketing, Inc. v. Flywheel Digital LLC</u>
                       1:22-cv-00379-GLR

TO:    Ascential plc
       Compass Marketing, Inc.
       James Columbus DiPaula
       Flywheel Digital LLC
       Patrick  Miller

RESPONSE DUE: 08/14/2023

Response is required to the motion for leave to file Supplemental Materials as
Attachments to Response Brief on or before 08/14/2023.

The parties are advised that the court will not sua sponte suspend the briefing
schedule pending disposition of the motion; a request to suspend briefing may be
made by filing a motion to suspend.

Rachel Phillips, Deputy Clerk
804-916-2702