**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**

COMPASS MARKETING, INC.          *

    *Appellants,*                    *

v.                                *          **No. 23-1324**

FLYWHEEL DIGITAL LLC, et al. *

    *Appellees.*                     *

    *     *     *     *     *     *     *     *     *

**APPELLANT'S RESPONSE TO MOTION TO FILE SUPPLEMENTAL
MATERIALS AS ATTACHMENTS TO RESPONSE BRIEF**

Appellant Compass Marketing, Inc. ("Compass Marketing"), consents to the

relief sought by Appellees Daniel White, Michael White, and George White in

connection with their motion for leave to file supplemental materials as attachments

to their Response Brief.  In consenting to the request to file supplemental materials,

Compass Marketing does not concede the substantive arguments or characterizations

made therein regarding Compass Marketing's Opening Brief or waive any responses

regarding the parties' arguments and positions in their respective Briefs.

Respectfully submitted,


        */s/ Stephen B. Stern*
Stephen B. Stern (D. Md. Bar No. 25335)


        */s/ Michael J. Marinello*
Michael J. Marinello (D. Md. Bar No. 18490)


        */s/ Meagan C. Borgerson*
Meagan C. Borgerson (D. Md. Bar No. 13686)

KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
Telephone:   (410) 216-7900
Facsimile:   (410) 705-0836
Email:         stern@kaganstern.com
Email:         marinello@kaganstern.com
Email:         borgerson@kaganstern.com

*Counsel for Appellant*
*Compass Marketing, Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August, 2023, a copy of the foregoing Response to Motion to File Supplemental Materials was served using the CM/ECF filing system on all counsel entitled to service, on the following:

Jeffrey M. Schwaber
Judith G. Cornwell
Stein Sperling Bennett De Jong Driscoll PC
1101 Wootton Parkway, Suite 700
Rockville, MD 20852

Alison Cate Schurick
Tonya Kelly Cronin
Baker Donelson
100 Light Street, 19th Floor
Baltimore, MD 21202

Michael C. Keats
Rebecca L. Martin
Fried Frank Harris Shriver and Jacobson LLP
One New York Plaza
New York, NY 10004

David B. Hamilton
DLA Piper
6225 Smith Avenue
Baltimore, MD 21209

Bruce L. Marcus
Sydney M. Patterson
MarcusBonsib LLC
6411 Ivy Ln., Suite 116
Greenbelt, MD 20770

                              /s/ Stephen B. Stern
                    Stephen B. Stern (D. Md. Bar No. 25335)