UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1324
(1:22-cv-00379-GLR)

_____

COMPASS MARKETING, INC.

      Plaintiff - Appellant

v.

FLYWHEEL DIGITAL LLC; JAMES COLUMBUS DIPAULA, JR.; PATRICK MILLER; DANIEL J. WHITE; MICHAEL WHITE; GEORGE WHITE; ASCENTIAL PLC

      Defendants - Appellees

_____

J U D G M E N T

_____

      In accordance with the decision of this court, the judgment of the district court is affirmed.

      This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

      /s/ NWAMAKA ANOWI, CLERK