FILED:  September 30, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 23-1324
(1:22-cv-00379-GLR)

———————————————

COMPASS MARKETING, INC.

Plaintiff - Appellant

v.

FLYWHEEL DIGITAL LLC; JAMES COLUMBUS DIPAULA, JR.; PATRICK
MILLER; DANIEL J. WHITE; MICHAEL WHITE; GEORGE WHITE;
ASCENTIAL PLC

Defendants - Appellees

———————————————

O R D E R

———————————————

The court denies the petition for rehearing and rehearing en banc. No judge

requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wynn, Judge Richardson, and

Judge Quattlebaum.

For the Court

/s/ Nwamaka Anowi, Clerk