UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1324
(1:22-cv-00379-GLR)
_____

COMPASS MARKETING, INC.

Plaintiff - Appellant

v.

FLYWHEEL DIGITAL LLC; JAMES COLUMBUS DIPAULA, JR.; PATRICK
MILLER; DANIEL J. WHITE; MICHAEL WHITE; GEORGE WHITE;
ASCENTIAL PLC

Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered July 3, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*